| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| United States of America | § | |
| versus | § § § § § | Notice of Resetting |
| Luis De Jesus Rodriguez | | Criminal H-17-724-1 |

You are directed to appear for a

Hearing on Potential Conflict

on
July 22, 2020
1:30 p.m.

before
**Judge Lynn N. Hughes**
Courtroom 11-C, Eleventh Floor
United States Courthouse
515 Rusk Avenue
Houston, Texas  77002

*Defendant(s) required to attend:* yes

Copies:   AUSA   Kate Suh
           Defense Counsel   Christopher Downey
           U.S. Probation Office

David J. Bradley,
Clerk of Court

By: /s/ Glenda Hassan
Deputy Clerk

June 23, 2020
Date