UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America | § § | Notice of Setting |
| versus | § § | |
| Luis De Jesus Rodriguez | § § § | Criminal H-17-724-1 |

You are directed to appear for a

Rearraignment

on

July 8, 2020
2:00 p.m.

before
**Judge Lynn N. Hughes**
Courtroom 11-C, Eleventh Floor
United States Courthouse
515 Rusk Avenue
Houston, Texas  77002

*Defendant(s) required to attend:* yes

Copies:    AUSA   Kate Suh, Sebastian Edwards
          Defense Counsel   Chris Downey
          U.S. Probation Office

David J. Bradley,
Clerk of Court

By: /s/ Glenda Hassan                                    July 2, 2020
    Deputy Clerk                                          Date