UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 13, 2020
David J. Bradley, Clerk

| | |
|---|---|
| The United States of America, § § | |
| Plaintiff, § § | |
| versus § § | Criminal H-17-724-1 |
| Luis De Jesus Rodriguez, § § | |
| Defendant. § | |

## Order Resetting Sentencing

1. The presentence investigation report will be delivered to the defendant 45 days after the trial of the remaining co-defendant.

2. Counsel will file objections or a statement within fourteen days after disclosure.

3. Sentencing is reset to 35 days after the last defendant is tried or this case is otherwise concluded.

Signed on July 13, 2020, at Houston, Texas.

Lynn N. Hughes   USDJ
United States District Judge