UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 27, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| The United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Criminal H-17-724-1 |
| Luis De Jesus Rodriguez, | § § | |
| Defendant. | § | |

## Order Resetting Sentencing

1. By February 16, 2021, counsel will file objections to the presentence investigation report.

2. Sentencing is reset to March 8, 2021, at 1:30 p.m.

Signed on January 27, 2021, at Houston, Texas.

Lynn N. Hughes   USDJ
United States District Judge